UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on August 1, 2024

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATIONS: |
| | : | 18 U.S.C. §§ 2251(a) and (e) |
| CHARLES HILTON, | : | (Sexual Exploitation and Attempted |
| | : | Sexual Exploitation of a Child) |
| Defendant. | : | D.C. Code §§ 3008, 3020(a)(2) |
| | : | (First Degree Child Sexual Abuse with |
| | : | Aggravating Factors) |
| | : | D.C. Code §§ 3009, 3020(a)(2) |
| | : | (Second Degree Child Sexual Abuse with |
| | : | Aggravating Factors) |
| | : | 18 U.S.C. § 2252(a)(4)(B) and (b)(2) |
| | : | (Possession of Child Pornography) |
| | : | |
| | : | FORFEITURE: 21 U.S.C. § 853(p), |
| | : | 18 U.S.C. § 2253, and 18 U.S.C. § 2428 |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about January 3, 2024, within the District of Columbia and elsewhere, the defendant, **CHARLES HILTON**, did, and attempted to, employ, use, persuade, induce, entice, and coerce a minor, specifically **MINOR VICTIM 1**, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate

and foreign commerce and in and affecting interstate and foreign commerce, and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction has been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

**(Sexual Exploitation and Attempted Sexual Exploitation of a Minor**, in violation of Title 18, United States Code, Sections 2251(a) and (e))

### COUNT TWO

On or about January 3, 2024, within the District of Columbia, the defendant, **CHARLES HILTON**, being more than four years older than **MINOR VICTIM 1**, a child under sixteen years of age, that is, 12 years of age, engaged in a sexual act with that child and caused that child to engage in a sexual act, that is the penetration of **MINOR VICTIM 1's** anus by **CHARLES HILTON's** finger with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

The Grand Jury Further Charges that at the time **CHARLES HILTON** committed First Degree Child Sexual Abuse, the victim, **MINOR VICTIM 1**, was under the age of 18 years and **CHARLES HILTON** had a significant relationship to **MINOR VICTIM 1**.

**(First Degree Child Sexual Abuse with Aggravating Factors**, in violation of Title 22, District of Columbia Code, Sections 3008, 3020(a)(1), 3020(a)(2) (2001 ed.))

### COUNT THREE

Between on or about January 3, 2024, within the District of Columbia, the defendant, **CHARLES HILTON**, being more than four years older than **MINOR VICTIM 1**, a child under sixteen years of age, that is, 12 years of age, engaged in sexual contact with that child and caused that child to engage in sexual contact, that is, contact between **CHARLES HILTON's** hand and

**MINOR VICTIM 1's** vulva, with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

The Grand Jury Further Charges that at the time **CHARLES HILTON** committed Second Degree Child Sexual Abuse, the victim, **MINOR VICTIM 1**, was under the age of 18 years and **CHARLES HILTON** had a significant relationship to **MINOR VICTIM 1**.

(**Second Degree Child Sexual Abuse with Aggravating Factors**, in violation of Title 22, District of Columbia Code, Sections 3009, 3020(a)(1), 3020(a)(2) (2001 ed.))

## COUNT FOUR

On or about January 3, 2024, within the District of Columbia and elsewhere, the defendant, **CHARLES HILTON**, did knowingly possess one or more matters, which contained any visual depiction that had been mailed, shipped, and transported in interstate and foreign commerce, and which was produced using materials which had been mailed, shipped, and transported in interstate and foreign commerce, by any means including by computer, and the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

(**Possession of Child Pornography**, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2))

## FORFEITURE ALLEGATION

1.  Upon conviction of any of the offenses alleged in Counts One and Four of this Indictment, the defendant, **CHARLES HILTON**, shall forfeit to the United States: (1) any visual depictions described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation

of Chapter 110 of the United States Code; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, pursuant to Title 18, United States Code, Section 2253.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. Section 853(p).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 2253, Title 18, United States Code, Section 2428, and Title 21, United States Code, Section 853(p))

                                      A TRUE BILL

                                      FOREPERSON

*Matthew M. Graves /JJI*
Attorney of the United States
and for the District of Columbia

4