UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 24-cr-554 |
| | : |
| CHARLES HILTON, | : |
| Defendant. | : |

### STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, Charles Hilton, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offenses; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offenses to which he is pleading guilty.

**I.   The Penalties**

A violation of 18 U.S.C. § 2422(b) carries a mandatory minimum sentence of 10 years imprisonment and a maximum sentence of life imprisonment; a fine of $250,000 or twice the pecuniary gain or loss of the offense, pursuant to 18 U.S.C. § 3571(3); a term of supervised release of not less than 5 years and up to life, pursuant to 18 U.S.C. § 3583(k); mandatory restitution under 18 U.S.C. § 3663A; and an obligation to pay any applicable interest or penalties on fines and restitution not timely made.

**II.  The Elements of the Offense**

To prove that the defendant is guilty of Coercion and Enticement of a Minor, in violation of 18 U.S.C. § 2422(b), the government must prove beyond a reasonable doubt that:

(1) The defendant used a means or facility of interstate or foreign commerce, that is a cellular telephone, to knowingly persuade, induce, entice, or coerce an individual to engage in sexual contact;

(2) Based upon the sexual activity that occurred, the defendant could have been charged with a criminal offense under the laws of the District of Columbia. In the District of Columbia, it is the crime of First Degree Child Sexual Abuse to penetrate the vulva or anus of a minor child with one's fingers;

(3) The individual the defendant persuaded, induced, enticed, or coerced was under the age of 18.

### Statement of Facts

On November 26, 2024, following a Cyber Tip from the National Center for Missing and Exploited Children related to HILTON's Google account containing child pornography, members of the FBI Child Exploitation Task Force obtained an arrest warrant for HILTON and also executed a search warrant at his residence in Washington, D.C. During the search, multiple digital devices associated with HILTON were recovered. Additionally, on December 3, 2024, WITNESS 1, an adult female who had been in a romantic relationship with HILTON, voluntarily provided law enforcement with two additional digital devices used by HILTON.

Following his arrest, HILTON waived his rights and consented to speak with law enforcement during a custodial interview. During the interview, he confirmed that that he lived at the U Street address with his "wife," WITNESS 1, as well as two minor females, including the 13-year-old daughter of WITNESS 1, and his four-year-old biological daughter.

HILTON ultimately admitted to filming the daughter of WITNESS 1, hereinafter referred to as "MINOR VICTIM 1," ("MV1"), including filming her exposed anus and genitals. MV1,

who was born in 2011, was 12 years old at the time of the offense. HILTON explained that he had learned information about MV1 that was extremely sensitive and that she did not want him to share with anyone else, including her mother. In exchange for his continued silence, MV1 acquiesced to allowing HILTON to do "whatever [he] wanted" to her. Law enforcement specifically confronted HILTON with one of the videos included in the Google Cyber Tip report titled "d7d37ff47e7973f311f6e7824887adb4.mp4," which has a creation date of January 23, 2024. The video, which is 56-seconds long, depicts the hand of a black male pulling down the pajama pants and underwear of a young teen girl as she lays on her stomach. The male then spreads her bare anus open and manipulates the opening of her anus and vulva with his fingers. HILTON admitted that he had filmed the video and that the video depicted MINOR VICTIM 1.

In reviewing the digital devices associated with HILTON, law enforcement identified text messages between HILTON and MV1. These text messages show that beginning in approximately July of 2023, HILTON obtained a sensitive and embarrassing video of MV1 that MV1 did not want anyone else to know about. HILTON then used that information to blackmail MV1 into allowing him to engage in sexual activity with her, ultimately sexual abusing her and producing photos and videos that abuse. HILTON also asked MV1 to delete material on her phone. The text messages spanned between July of 2023 and February 2024 and include the following excerpts:

*July 18, 2023:*

> **HILTON:** Cuzz you let them touch you when I ask for something it's a problem you said no so I said forget
> **MV1:** Plz do not show my mom plz
> **MV1:** Fine if u do not show her u can touch me but not fuck me
> **MV1:** Plz do not show
> **MV1:** Plz do not show

*[Text messages omitted]*

    MV1:  But can not tell her about the. Pictures and videos plzzz I don't' want her to know plzzzz I am begging u plz do not tell her
    HILTON:  When I ask you for some you said no but its cool can't be mad at all
    MV1:  U can grind on me but clothes on and we can't do it here and u can't show my mom the videos and pictures
    HILTON:  You said you was scared to do that you don't have to it cool
    MV1:  But I don't' want u to show my mom the pictures and videos

*[Text messages omitted]*

    HILTON:  Let me grind on you when I want and you can't say no with just your unwear on that's it if not its cool
    MV1:  We have clothes on
    HILTON:  That's ok
    HILTON:  Can't feel anything like that
    MV1:  Plz do not show my mom or anyone fine
    HILTON:  I was not going to stick it and but ok
    MV1:  Just don't show my mom or anyone
    HILTON:  Hope you nit playing games or lieing
    MV1:  I am bc I don't want u to show my mom or anyone
    HILTON:  Okay we got a deal

*[Text messages omitted]*

    HILTON:  Can we do it with out the unwear that whybinstopnit don't feel right I jot sticking it and I know that it just hurt doing it that way that's all
    MV1:  No u said underwear and only so underwear
    HILTON:  It hurt that's OK
    HILTON:  I about to come get it over with
    HILTON:  It cool
    MV1:  Ok but u don't have to wear underwear I will tho
    HILTON:  Ok
    HILTON:  Hear I come

*[Text messages omitted]*

    HILTON:  Not trying to be funny you think that falt good
    MV1:  Yeah
    HILTON:  Me to but delete all these message and when you got time bye your self we can delete all the videos and pics okay
    HILTON:  So no one well have them
    MV1:  Ok

The text messages between HILTON and MV1 continued to July 19, 2023, and include the following excerpts:

> HILTON: Wan to do that one moretime tomorrow if that's cool
> MV1: Did you delete them
> HILTON: No I was waiting on you you said ok
> MV1: Delete them
> HILTON: Ok but you cool with later today
> MV1: Ig *[I guess]*
> HILTON: Gn
> HILTON: 11:30, your mom go to the cvs for me u come and there so we can get rid of these videos and pic delete them all.

On July 20, 2023, HILTON again suggested that he was going to show other people the sensitive video depicting MV1, prompting the following exchange:

> HILTON: You see it
> MV1: Nope it did not show
> MV1: Look I am sorry I did not know we did it more times and that we did not have clothes...we can do clothes off and we can do it raw

*[Text messages omitted]*

> MV1: We can do it without clothes to make you happy
> HILTON: No cuzz you not happy when I do when I ask you hoe it feel the frist time you said it felt good right or wrong you liked it and you wanted me to do it again tell the true
> MV1: Right
> HILTON: Keepkweep it real you been wanted to do that with me bit you never said anything keep it 100
> HILTON: Am I right
> MV1: Ig
> MV1: Can u not tell plz
> MV1: Plz
> HILTON: I not but you carry the shit out me
> MV1: We can do it wit no clothes to make u happy

*[Text messages omitted]*

> HILTON: Okay your bro left yet
> MV1: No he about to tho
> HILTON: please let me no when you ready okay thank you
> MV1: Can I be on my phone

5

> **HILTON:** Not be funny can I play with your pussy to let me no when you got you unwear off you under the cover pleas than you and you can be on the phone that's cool

The text exchanged continued with the following excerpts on July 21, 2023:

> **HILTON:** Let me no if I can stick it an all the way I go slow I won't hurt you at all if it hurt I stop
> **MV1:** I am scared can u not stick it in
> **HILTON:** You was nit scared with [Redacted] or [Redacted]
> **MV1:** Yes I was
> **MV1:** And they did not stick it in
> **HILTON:** Ok what about head you gave both of them head
> **MV1:** Fine I will give u head
> **HILTON:** ? For how long ?
> **MV1:** For 4 minutes
> **HILTON:** Ok you cool with that
> **MV1:** Okay

The text messages continue in a similar manner for several months, including a series of messages that HILTON sent to MV1 on November 3, 2023, to include the following:

> **HILTON:** That's OK I not going to show no one the video or pic of you and [Redacted] and [Redacted] ok that's my word long Hou let me grind when I want to like you said don't stick it and if you sleep I can touch you donwe fan do it like that from now on I cool with that I going to delete everything if you cool with that so no one have the video or picture and I chill put with [Redacted] cuzz I no how mad I get I may hurt him so I chill upu cool with that let have a good day bi
> **HILTON:** One more thing from now on I buying you whatever you want don't care what it is I got you juat let me bo I get it ok
> **HILTON:** Long we can do that nonstick it an or any just licking and grinding that's it thank you so much have a good day and school.
> **HILTON:** I deleted everything like I Saud I told.you jot going to lie to you so all video and pictures deleted you don't have to worry about that no more on God long aski I can grind not stick it and at at even if you sleep but I not doing it if people around ok you have a good day and school

Following a review of HILTON's digital devices, law enforcement also recovered approximately 7 additional images depicting the sexual exploitation of MV1 on a Samsung Galaxy belonging to HILTON. These images have creation dates of July 20, 2023, November 3, 2023,

and November 4, 2024, respectively, and all include metadata with GPS coordinates that resolve to HILTON's residence. For example, the video "MD5 hash 05c997b038caf893f74fe999855a7291," which bears a creation date of November 3, 2023, depicts a close up of MV1's anus and shows HILTON penetrating her anus with his finger.

In addition to HILTON's conduct with respect to MV1, HILTON also utilized various file sharing services such as Mega and Dropbox, as well as the application Telegram, to receive and distribute numerous CSAM images. HILTON also possessed over 3000 CSAM images across all of his digital devices and via Mega; some of the images appear to be duplicates.

Respectfully submitted,

EDWARD MARTIN
UNITED STATES ATTORNEY
D.C. Bar No. 481866

_____/s/ Jocelyn Bond_____
Jocelyn P. Bond
Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I have read this Statement of Offense and have discussed it with my attorney. I fully understand this Statement of Offense. I agree and acknowledge by my signature that this Statement of Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of Offense fully.

Date: 3-24-25

_____
Charles Hilton
The Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of Offense as true and accurate.

Date: 3-24-25

_____
Elizabeth Mullin
Attorney for the Defendant